**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

**No. 14-1351**
_____

MARY ANN ALAMEDA,

                    Plaintiff - Appellant,

          v.

JOHN O. BRENNAN, Director of Central Intelligence Agency;
BETTY SAPP, Director of National Reconnaissance Office,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:13-cv-01363-CMH-TCB)

_____

Submitted:  August 28, 2014          Decided:  September 2, 2014

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mary Ann Alameda, Appellant Pro Se.  Antonia Marie Konkoly,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Ann Alameda appeals the district court's order dismissing without prejudice her civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alameda v. Brennan, No. 1:13-cv-01363-CMH-TCB (E.D. Va. Mar. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED